UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED
JUN 06 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                INDICTMENT NO. 0:24-CR-10-DLB

WALTER SHERMAN THOMAS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2252(a)(2)

From on or about April 13, 2023, and continuing through on or about December 18, 2023, in Boyd County, in the Eastern District of Kentucky, and elsewhere,

**WALTER SHERMAN THOMAS**

did knowingly distribute a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

### COUNT 2
### 18 U.S.C. § 2252(a)(4)(B)

On or about January 30, 2024, in Boyd County, in the Eastern District of Kentucky, and elsewhere,

**WALTER SHERMAN THOMAS**

did knowingly possess a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 2253

1. By virtue of the commission of the offenses alleged in Counts 1 and 2 of the Indictment, **WALTER SHERMAN THOMAS** shall forfeit to the United States any and all interest that he has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the violations of 18 U.S.C. § 2252; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violations of 18 U.S.C. § 2252; and any property, real or personal, used or intending to be used in the commission or promotion of the violations of 18 U.S.C. § 2252 or traceable to such property. Any and all interest that **WALTER SHERMAN THOMAS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

2. The property to be forfeited includes, but is not limited to, the following:

**ELECTRONIC EQUIPMENT:**
   a. Maze cell phone, orange and white in color, belonging to and provided to law enforcement by Walter Sherman Thomas;
   b. Motorola cell phone, blue in color, belonging to Walter Sherman Thomas and provided to law enforcement by a third party; and
   c. All software and peripherals which are contained on or associated with the listed cellular phone.

A TRUE BILL

_____

**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**  Not less than 5 years nor more than 20 years imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNT 2:**  Not more than 10 years imprisonment, not more than a $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

Not more than 20 years imprisonment, not more than a $250,000 fine, and not less than 5 years, nor more than lifetime supervised release, if any visual depiction involves a prepubescent minor.

**PLUS:**  Forfeiture of all listed property.

**PLUS:**  Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, a per-count assessment of not more than:

(1) $17,000.00 if convicted of an offense under 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in

section 2256).

**PLUS:** Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.